MARIA GAJEWSKI ET AL. *v.* ARTHUR PAVELO ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 36 Conn. App. 601 (AC 11404), is granted, limited to the following issue:

"Was the Appellate Court correct in concluding that the trial court properly instructed the jury on the duty to warn under General Statutes § 52-572q?"

The Supreme Court docket number is SC 15203.

*Rosalind J. Koskoff,* in support of the petition.

*Colleen D. Fries,* in opposition.

Decided February 16, 1995

ANGUS MCDONALD/GARY SHARPE AND ASSOCIATES, INC. *v.* GLEN LAKES REALTY ET AL.

NEW ENGLAND SAVINGS BANK *v.* MEADOW LAKES REALTY COMPANY ET AL.

The petition of Angus McDonald/Gary Sharpe and Associates, Inc., for certification for appeal from the Appellate Court (AC 14162) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for untimeliness?"

The Supreme Court docket number is SC 15207.

*John S. Bennet,* in support of the petition.

Decided February 22, 1995